Mary CLARK, et al.,
Plaintiffs/Appellees,

v.

UNITED STATES of America,
Defendant/Appellant.

No. 87–3967.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 3, 1988.

Decided Sept. 14, 1988.

William G. Cole, U.S. Dept. of Justice, Washington, D.C., for defendant/appellant.

David R. Lord, Ferguson & Burdell, Seattle, Wash., for Ed Nojd et al.

G. Lee Raaen and Ann Cross Eschenbach, Seattle, Wash., for Mary Clark et al.

Before ALARCON and BEEZER, Circuit Judges, and NIELSEN,* District Judge.

## ORDER

We affirm the decision of the district court for the reasons stated in the district court's opinion, which is reported in *Clark v. U.S.*, 660 F.Supp. 1164 (W.D.Wash.1987).